**Dismissed and Memorandum Opinion filed January 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-01042-CR
NO. 14-11-01043-CR

_____

**FERNANDO AVILA-DELACANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause Nos. 1306030 & 1306031**

## MEMORANDUM   OPINION

Appellant entered guilty pleas to two charges of indecency with a child by touching. In accordance with the terms of plea bargain agreements with the State, the trial court sentenced appellant on November 15, 2011, to confinement for eighteen years in the Institutional Division of the Texas Department of Criminal Justice in each case, with the sentences to be served concurrently.   Appellant filed a pro se notice of appeal in each case. We dismiss the appeals.

The trial court entered a certification of the defendant's right to appeal in each case in which the court certified that these are plea bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Boyce.
Do Not Publish — Tex. R. App. P. 47.2(b).